## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| EUGENE MCALLISTER, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:22-cv-00002-MTS |
| DANIEL REDINGTON, | ) ) ) |
| Respondent. | ) |

### MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Eugene McAllister's motion to withdraw his 28 U.S.C. § 2241 petition. Doc. [5]. In support of his motion, petitioner explains that the "issue" that caused him to file his petition "was resolved" and that he "would like to withdraw this petition voluntarily." Having reviewed the motion, the Court finds that it should be granted, and this action dismissed without prejudice. Petitioner's pending motion for leave to proceed in forma pauperis will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis, Doc. [2], is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that petitioner's motion to withdraw his 28 U.S.C. § 2241 petition, Doc. [5], is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

Dated this 24th day of January, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE